UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS GUSTAVO DELGADO,

               Petitioner,

    v.

PAMELA BONDI, *et al.*,

               Respondents.

CASE NO. 2:26-cv-00649-GJL

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

On behalf of Petitioner Luis Gustavo Delgado, the Federal Public Defender's Office ("FPD") has filed a Motion to Appoint Counsel ("Motion") in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. In the Motion, the FPD indicates their willingness to represent Petitioner in this case, and declares that Petitioner does not have the financial resources to retain counsel as he is presently in custody. *Id*. In addition, the FPD have filed a signed Application to Proceed *In Forma Pauperis* ("IFP") attesting to Petitioner's financial eligibility. Dkt. 1. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS** as follows:

    (1)    Petitioner's IFP Motion (Dkt. 1) is **GRANTED**.

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 1

(2)     The Court is in receipt of Petitioner's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1-1. Because of the complex issues involved in this case, the interests of justice do require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel is **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings.

(3)     The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 24th day of February, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2